An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

ANTONIO PIMENTEL CONTRERAS,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 60595

**FILED**

MAY 09 2013



TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying appellant Antonio Pimentel Contreras' post-conviction petition for a writ of habeas corpus. Sixth Judicial District Court, Humboldt County; Michael Montero, Judge.

Our review of the documents submitted in this appeal suggested that the district court order was not a final order because it did not resolve Contreras' claim that counsel was ineffective for failing to ensure that the judgment of conviction awarded the correct amount of credit for time served. Accordingly, we directed Contreras to show cause why this appeal should not be dismissed for lack of jurisdiction. In response, Contreras concedes that the district court did not resolve this claim but asserts that this court should decline to dismiss this appeal because the parties stipulated that he is entitled to the additional credit and dismissal would cause unnecessary expenditures of time and money.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-13733

Because the district court order does not resolve all claims raised below it is not a final order. Therefore, we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Michael Montero, District Judge
       Karla K. Butko
       Attorney General/Carson City
       Humboldt County District Attorney
       Humboldt County Clerk
       Antonio Pimentel Contreras